UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN AND LINDSEY GRIFFIN, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C21-857RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter came before the Court on Plaintiffs Kevin and Lindsay Griffin and Defendant Allstate Vehicle and Property Insurance Company's Stipulated Motion for Stay. Dkt. #7. The Court has reviewed the Motion and is fully apprised of the same as well as the Court file herein. Accordingly, the Court hereby ORDERS:

1. The parties' Stipulated Motion to Stay, Dkt. #7, is GRANTED;

2. All proceedings in this case shall be stayed until January 31, 2022; and

3. The parties shall file a Joint Status Report on or before February 8, 2022, regarding the future of this case.

DATED this 10th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY - 1