UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN AND LINDSEY GRIFFIN, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C21-857RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter comes before the Court on Plaintiffs Kevin and Lindsay Griffin and Defendant Allstate Vehicle and Property Insurance Company's Second Stipulated Motion for Stay, found in the parties' Joint Status Report. Dkt. #10. The parties are advised to file all requests for Court action in a separate motion. The Court has reviewed the Report and finds good cause to extend the stay. Accordingly, the Court hereby finds and ORDERS:

1. The parties' Second Stipulated Motion to Stay, Dkt. #10, is GRANTED;

2. All proceedings in this case shall be stayed until March 1, 2022; and

3. The parties shall file a Joint Status Report on or before March 1, 2022, regarding the future of this case.

DATED this 9th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY - 1